UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**DWAYNE FAULKNER,**

    **Plaintiff,**

v.                                                                  CASE NO. 4:19cv343-MCR-MAF

**CAPTAIN MACK,**
**et al.**

    **Defendants.**
_____/

# **O R D E R**

This matter is before the Court on the magistrate judge's Report and Recommendation dated October 29, 2020, ECF No. 43, which recommends that, pursuant to 28 U.S.C. §§ 1997(e), 1915(e)(2), Defendant Mack's Motion to Dismiss be granted for failure to exhaust administrative remedies, the motion to dismiss filed by Defendants Robertson and Dawson be granted for failure to state a claim, and the claims be dismissed. *Id*. The parties were given time to file objections to the Report and Recommendation. Plaintiff filed his objections, ECF No. 44, followed by his "Supplemental Corrections of Errors," ECF No. 45.

Having considered the Report and Recommendation, the record, and Plaintiff's objections, the Court determines that the Report and Recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

(1) The Magistrate Judge's Report and Recommendation, ECF No. 43, is adopted and incorporated by reference in this Order.

(2) Defendant Mack's Motion to Dismiss for failure to exhaust administrative remedies pursuant to 28 U.S.C. § 1997(e), ECF No. 36, is GRANTED, and the case is DISMISSED against Defendant Mack.

(3) The motion to dismiss filed by Defendants Robertson and Dawson for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2), ECF No. 38, is GRANTED and the case is DISMISSED against Defendants Robertson and Dawson.

(4) The Clerk of Court will note on the docket that this cause was dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), and close the file.

**DONE and ORDERED** this 11th day of December 2020.

*M. Casey Rodgers*
**M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**

Case No. 3:19-CV-05051-MCR-MAF